**Dismissed and Memorandum Opinion filed November 1, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00389-CV

## CYPRESSWOOD LAND PARTNERS I AND STEPHEN A. MORROW, Appellants

### V.

## BEIRNE, MAYNARD AND PARSONS, LLP, Appellee

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2014-48326**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 11, 2016. The reporter's record was filed June 7, 2016. The clerk's record was filed July 26, 2016.

On  September 1, 2016, this court issued an order stating that unless appellant Stephen Morrow submitted a brief on or before September 26, 2016, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief has been filed.

Appellant Cypresswood Land Partners I ("Cypresswood"), which describes itself as a joint venture, is not represented by counsel in this appeal. Rather, Cypresswood is attempting to represent itself pro se through one of the joint venturers, who is not an attorney. Joint ventures are generally governed by the law of partnerships. *See Truly v. Austin*, 744 S.W.2d 934, 937 (Tex. 1988); *Lawler v. Dallas Statler-Hilton Joint Venture*, 793 S.W.2d 27, 33 (Tex. App.—Dallas 1990, writ denied). Though a non-attorney may perfect appeal for a partnership, partnerships, like corporations, may appear and be represented only by a licensed attorney. *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.*, 937 S.W.2d 455, 456 (Tex. 1996); *Simmons, Jannace & Stagg, L.L.P. v. The Buzbee Law Firm*, 324 S.W.3d 833, 833 (Tex. App.—Houston [14th Dist.] 2010, no pet.) (mem op.).

On October 6, 2016, we ordered Cypresswood to obtain counsel for this appeal and to provide proof of the retention by October 13, 2016. We stated that if Cypresswood does not comply, the court would dismiss Cypresswood's appeal for failure to comply with our order. *See* Tex. R. App. P. 42.3(c). No proof of retention of counsel or other response has been filed.

Accordingly, the appeal is **DISMISSED**.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Christopher.